# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| J. WHITE, L.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY WISEMAN, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:16-cv-001179-DBB-PMW <br><br> **District Judge David B. Barlow** <br><br> **Chief Magistrate Judge Paul M. Warner** |

This case was referred to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court are Defendants (1) Brookwood Investments, LLC ("Brookwood") and Villa Franche Investments, LLC's ("Villa") motion to compel arbitration;[2] (2) SLC 2100 South 2010, LLC ("SLC 2100") and RW Wasatch, LLC's ("RW Wasatch") motion to compel arbitration of Plaintiffs' claims and to stay further proceedings;[3] and (3) PCCP JSP Fairway, LLC ("Fairway") and PCCP JSP Springs ("Springs") motion to compel arbitration and stay further proceedings.[4] In response, Plaintiffs filed amended notices of non-opposition to the motions to compel arbitration.[5] For the reasons stated in the motions to compel arbitration and

---

[1] *See* ECF Nos. 60, 201.

[2] *See* ECF No. 179.

[3] *See* ECF No. 182.

[4] *See* ECF No. 199.

[5] *See* ECF Nos. 239, 240, 241.

Plaintiffs' amended notices of non-opposition, the motions are granted, and the court stays this action as to the above referenced Defendants pending completion of arbitration.

## ORDER

Accordingly, the court **HEREBY ORDERS** as follows:

1. Defendants Brookwood and Villa's motion to compel arbitration[6] is **GRANTED**. The claims against Brookwood and Villa are **STAYED** pending the completion of arbitration proceedings between Plaintiffs and Brookwood and Villa. Plaintiffs and Defendants Brookwood and Villa shall file a status report every 90 days from the date of this order regarding the status of arbitration proceedings.

2. Defendants SLC 2100 and RW Wasatch's motion to compel arbitration of Plaintiffs' claims and to stay further proceedings[7] is **GRANTED**. The claims against SLC 2100 and RW Wasatch are **STAYED** pending the completion of arbitration proceedings between Plaintiffs and Defendants SLC 2100 and RW Wasatch. Plaintiffs and Defendants SLC 2100 and RW Wasatch shall file a status report every 90 days from the date of this order regarding the status of arbitration proceedings.

3. Defendants Fairway and Springs' motion to compel arbitration and stay further proceedings[8] is **GRANTED**. The claims against Defendants Fairway and Springs are **STAYED** pending the completion of arbitration proceedings between Plaintiffs and Fairway and Springs.

---

[6] *See* ECF No. 179.

[7] *See* ECF No. 182.

[8] *See* ECF No. 199.

Plaintiffs and Defendants Fairway and Springs shall file a status report every 90 days from the date of this order regarding the status of arbitration proceedings.

**IT IS SO ORDERED**.

DATED this 9th day of April, 2020.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge